Kyle Chun
817 Partridge Ave., Apt 31
Menlo Park CA 94025
571-251-8459

kyle.chun.855@gmail.com

Date: December 9, 2025

**TO:** Clerk of Court
United States District Court
Eastern District of California
2500 Tulare St., Suite 1501, Fresno, CA 93721

**RE: Withdrawal of Complaint Filed [Date You Filed]**
**Plaintiff:** Kyle Chun
**Defendant(s):** County of Merced, et al.

1:25CV-01776-HBK

Dear Clerk of Court:

I, Kyle Chun, appearing pro se, hereby withdraw my civil complaint that I filed on or about December 3, 2025 against County of Merced and other defendants.

No case number has been assigned to this matter yet. I request that my complaint be withdrawn and that no case be opened.

If a filing fee has been paid, I request a refund. If an Application to Proceed In Forma Pauperis was filed, please disregard it.

Please confirm receipt of this withdrawal by mail or email.

Thank you for your assistance.

Respectfully submitted,

Kyle Chun, Pro Se
571-251-8459
kyle.chun.855@gmail.com

FILED
DEC 11 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

RECEIVED
DEC 11 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

**CERTIFICATE OF SERVICE**

I declare that on December 9, 2025, I sent a copy of this withdrawal notice to the Clerk of Court at the address listed above by U.S. First Class Mail.

No other parties have been served in this matter as no case number has been assigned and no defendants have been served.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 9, 2025, at Menlo Park, California.

*/s/ Kyle Chun*

Kyle Chun