|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KYLE CHUN, | Case No. 1:25-cv-01776-HBK |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW IFP APPLICATION |
| v. | (Doc. No. 2) |
| COUNTY OF MERCED, et al.,, | ORDER NOTING VOLUNTARY DISMISSAL AND DIRECTING CLERK TO CLOSE CASE |
| Defendants. | (Doc. No. 3) |

On December 11, 2025, pro se plaintiff filed a "motion of withdrawal of complaint." (Doc. No. 3). Therein, plaintiff states he wishes to withdraw his complaint and his application to proceed *in forma pauperis*. (*Id*.). A review of the docket reveals that plaintiff commenced this action on December 8, 2025, by filing a pro se "Complaint for Civil Case" form accompanied by an application to proceed *in forma pauperis*. (Doc. Nos. 1,2). As of the date of this order, the court has not ruled on plaintiff's application. (*See* docket).

A plaintiff may voluntarily dismiss an action by operation of law without further order from the court when no defendant has been served and no answer nor motion for summary judgment has been filed. Fed. R. Civ. P. 41(a)(1)(A)(i). Here, no defendant has been served, answered, nor filed a motion for summary judgment. Thus, the court construes Plaintiff's motion

as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41. The dismissal is deemed without prejudice because the notice does not state otherwise. Fed. R. Civ. P. 41(a)(2).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to withdraw his application to proceed *in forma pauperis* (Doc. No.2) is GRANTED.
2. The Court construes plaintiff's "motion of withdrawal of complaint" as a notice of voluntary dismissal without prejudice under Rule 41.
3. The Clerk of Court shall CLOSE this action to reflect plaintiff's voluntarily dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:    December 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2